# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS HAMMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENLANE HOLDINGS, INC., AARON LOCASIO, ETHAN RUDIN, ADAM SCHOENFELD, NEIL CLOSNER, RICHARD TANEY, JEFF UTTZ, COWEN AND COMPANY, LLC, CANACCORD GENUITY LLC, LADENBURG THALMANN & CO. INC., ROTH CAPITAL PARTNERS, LLC, and NORTHLAND SECURITIES, INC.,<br><br>Defendants. | Case No. 9:19-cv-81259-RKA |
| RANDALL MAYER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENLANE HOLDINGS, INC., AARON LOCASIO, ETHAN RUDIN, ADAM SCHOENFELD, NEIL CLOSNER, RICHARD TANEY, and JEFF UTTZ,<br><br>Defendants. | Case No. 9:19-cv-81411-DMM |

**SCHUYLER HOVERSTEN, STEPHEN DRAKE, RANDALL MAYER AND JEFFREY LEVY'S NOTICE OF NON-OPPOSITION TO THE COMPETING MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>LEAD COUNSEL</u>**

On November 12, 2019, Schuyler Hoversten, Stephen Drake, Randall Mayer, and Jeffrey Levy ("Movants") timely filed a motion for appointment as lead plaintiff, and approval of their selection of counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 26). One other similar motion was filed by other putative class members in this action (Dkt. No. 28).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motion and supporting papers provided by the other movant seeking appointment as lead plaintiff, it appears that Movants do not have the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Movants do not oppose the lead plaintiff motion of the competing movant with a larger financial interest.

If, however, the Court determines that the competing lead plaintiff movant is incapable or inadequate to represent the class in this litigation, Movants remain willing and able to serve as lead plaintiff or as class representative.

By this Notice of Non-Opposition, Movants do not waive their rights to participate and recover as class members in this litigation.

                                                            Respectfully submitted,

Dated: November 26, 2019                **DESMOND LAW FIRM, P.C.**

                                                            By: */s/ Leo W. Desmond*
                                                            Leo W. Desmond
                                                           Florida Bar Number 0041920
                                                           5070 Highway A1A, Suite D
                                                           Vero Beach, Florida 32963
                                                           Telephone: (772) 231-9600
                                                           Facsimile: (772) 231-0300
                                                           Email: lwd@desmondlawfirm.com

                                                           **GLANCY PRONGAY & MURRAY LLP**
                                                           Lionel Z. Glancy
                                                           Robert V. Prongay
                                                           Lesley F. Portnoy
                                                           Charles H. Linehan
                                                           Pavithra Rajesh
                                                           1925 Century Park East, Suite 2100
                                                           Los Angeles, CA 90067
                                                           Telephone: (310) 201-9150
                                                           Facsimile: (310) 201-9160

                                                           *Counsel for Movants*


                                                           **POMERANTZ LLP**
                                                           J. Alexander Hood
                                                           600 Third Avenue, 20th Floor
                                                           New York, NY 10016
                                                           Telephone: (646) 581-9966
                                                           Facsimile: (646) 607-2426

                                                           *Additional Counsel*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 26, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of Florida, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2019, at Vero Beach, Florida.

*s/ Leo W. Desmond*
Leo W. Desmond