**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CHRIS HAMMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>GREENLANE HOLDINGS, INC., AARON LOCASIO, ETHAN RUDIN, ADAM SCHOENFELD, NEIL CLOSNER, RICHARD TANEY, JEFF UTTZ, COWEN AND COMPANY, LLC, CANACCORD GENUITY LLC, LADENBURG THALMANN & CO. INC., ROTH CAPITAL PARTNERS, LLC, and NORTHLAND SECURITIES, INC.,<br><br>    Defendants. | Case No. 9:19-cv-81259-RKA<br><br>CLASS ACTION |
| RANDALL MAYER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>GREENLANE HOLDINGS, INC., AARON LOCASIO, ETHAN RUDIN, ADAM SCHOENFELD, NEIL CLOSNER, RICHARD TANEY, and JEFF UTTZ,<br><br>    Defendants. | Civil Action No. 9:19-cv-81411-DMM<br><br>CLASS ACTION |

**MOVANTS DOUGLAS CHABOT AND YEVGENY GONCHAROV'S
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS,
AND APPROVAL OF SELECTION OF COUNSEL**

Movants Douglas Chabot and Yevgeny Goncharov ("Chabot and Goncharov") respectfully submit this Reply in Further Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiffs, and Approval of Selection of Counsel.

On November 26, 2019, Chabot and Goncharov, moved the Court to consolidate the related actions, for an order appointing them as lead plaintiffs, and for approval of their selection of lead and liaison counsel.[1] Chabot and Goncharov complied with all the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). As set forth in their motion in support of appointment, Chabot and Goncharov timely moved for lead, have the largest financial interests in the relief sought by the class, and otherwise satisfy the requirements of Rule 23 of the Federal Rule of Civil Procedure. 15 U.S.C. §77z-1(a)(3)(B)(iii).

One other group of investors also moved for lead plaintiff appointment.[2] The PSLRA provides a presumption that the entity or person that the court should appoint lead plaintiff to represent the interests of class members is the one that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. §77z-1(a)(3)(B)(iii)(I)(bb). Recognizing that Chabot and Goncharov have the largest financial interest, the competing movants filed a notice stating that they do not oppose the Court appointing Chabot and Goncharov as lead plaintiffs. ECF No. 30. Accordingly, Chabot and Goncharov's motion is now unopposed.

---

[1] The related actions are *Hammond v. Greenlane Holdings, Inc.*, et al., No. 9:19-cv-81259-RKA and *Mayer v. Greenlane Holdings, Inc.*, et al., No. 9:19-cv-81411-DMM.

[2] This other group also supported consolidation of the related actions. Defendants state that they do not oppose consolidation and take no position on lead plaintiff appointment. *See* ECF No. 29.

Therefore, movants respectfully request the Court to consolidate the related actions, appoint Chabot and Goncharov as lead plaintiffs, and approve their choice of Robbins LLP as lead counsel and Saxena White P.A. as liaison counsel.

Dated: December 3, 2019

Respectfully submitted,

SAXENA WHITE P.A.
LESTER R. HOOKER (FL Bar 0032242)

/s/*Lester R. Hooker*
LESTER R. HOOKER

150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
lhooker@saxenawhite.com

*Counsel for Movants Douglas Chabot and Yevgeny Goncharov and [Proposed] Liaison Counsel*

ROBBINS LLP
BRIAN J. ROBBINS
GREGORY E. DEL GAIZO
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com

*Counsel for Movants Douglas Chabot and Yevgeny Goncharov and [Proposed] Lead Counsel*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address demoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 3, 2019.

/s/*Lester R. Hooker*
LESTER R. HOOKER (Fla. Bar No. 0032242)

1412423