UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81259-CIV-ALTMAN/Brannon

IN RE GREENLANE HOLDINGS, INC.
SECURITIES LITIGATION

_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Defendants' Motion to Dismiss [ECF No. 45]. The Court granted that motion in a separate order [ECF No. 56]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. Judgment is entered in favor of the Defendants. The Plaintiffs shall take nothing by this action.

2. The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of January 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record